UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 4:05-CR-32 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| SEAN MURRAY ) | |

## ORDER SCHEDULING TRIAL

It is hereby **ORDERED** that this matter is **RESET** for trial on **Monday, May 22, 2006,** in the third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee. The parties shall be prepared to commence trial at **9:00 a.m.** on the date which has been assigned. If this case is not heard at 9:00 a.m. on the date assigned, it will be held in line pending notification from the Court. The final pretrial conference is reset for **Friday, May 12, 2006 at 4:00 p.m.** The plea negotiation deadline is extended through **5:00 p.m., Monday, April 17, 2006**. Any written plea agreement shall be executed by said date.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**